IN THE SUPREME COURT OF NORTH CAROLINA

No. 440PA16

Filed 17 August 2018

STATE OF NORTH CAROLINA

v.

CHRISTOPHER GLENN TURNER


On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, ___ N.C. App. ___, 793 S.E.2d 287 (2016), affirming an order entered on 15 January 2016 by Judge Michael Duncan in Superior Court, Caldwell County. Heard in the Supreme Court on 6 November 2017.

> *Joshua H. Stein, Attorney General, by Christopher W. Brooks, Special Deputy Attorney General, for the State-appellant.*

> *Glenn Gerding, Appellate Defender, by Daniel L. Spiegel, Assistant Appellate Defender, for defendant-appellee.*


PER CURIAM.

For the reasons stated in *State v. Curtis*, ___ N.C. ___, ___ S.E.2d ___ (Aug. 17, 2018) (No. 441PA16), we reverse the decision of the Court of Appeals and remand this case to that court for remand to the Superior Court, Caldwell County, with instructions to vacate the 15 January 2016 Order Affirming District Court Order and for further proceedings not inconsistent with our opinion in *Curtis*.

REVERSED AND REMANDED.